# United States District Court
## Southern District of Georgia

Franklin Joe Fields,

                V.

Social Security Administration,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV416-63,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 8/19/16, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered closing the case.



8/19/16  
*Date*

Scott L. Poff  
*Clerk*

*(By) Deputy Clerk*